**Robert Glenn MINETREE, Jr., Petitioner–Appellant,**

v.

**Ronald ANGELONE, Director of Corrections, Respondent–Appellee.**

**No. 02–6119.**

United States Court of Appeals, Fourth Circuit.

Submitted March 21, 2002.

Decided April 1, 2002.

Robert Glenn Minetree, Jr., Appellant Pro Se. John H. McLees, Jr., Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Robert Glenn Minetree, Jr., seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Minetree v. Angelone,* No. CA–01–367–2 (E.D.Va. Dec. 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*